## UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII

| | |
|---|---|
| KAULANA NANI MAKALI'I O MINOAKA O KIPUKAI CARLOS-KAHALEKOMO, Individually and on behalf of her minor children,<br><br>　　　　Plaintiff(s),<br><br>　　　　V.<br><br>COUNTY OF KAUAI, et al.,<br><br>　　　　Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 20-00320 JMS-WRP<br><br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>September 10, 2020<br><br>At 11 o'clock and 45 min a.m.<br>MICHELLE RYNNE, CLERK |

[ ]　**Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]　**Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

　　　　IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice pursuant to the "Order Dismissing Case" ECF 6, filed September 10, 2020.



| September 10, 2020 | MICHELLE RYNNE |
|---|---|
| Date | Clerk |
| | /s/ Michelle Rynne by JO |
| | (By) Deputy Clerk |